■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN MOREL, Appellant. [918 NYS2d 48]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Daniel P. FitzGerald, J., at plea; Charles H. Solomon, J., at sentence), rendered on or about October 6, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Saxe, J.P., Friedman, DeGrasse, Freedman and Abdus-Salaam, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH FOXWORTH, Appellant. [917 NYS2d 558]—

Order, Supreme Court, New York County (Roger S. Hayes, J.), entered on or about October 26, 2007, which denied defendant's CPL 440.30 (1-a) motion for DNA testing, unanimously affirmed.

CPL 440.30 (1-a), which provides a procedure for convicted defendants to seek DNA testing, is inapplicable to persons who pleaded guilty (*People v Lebron*, 44 AD3d 310 [2007], *lv denied* 9 NY3d 1007 [2007]; *People v Byrdsong*, 33 AD3d 175 [2006], *lv denied* 7 NY3d 900 [2006]). Since defendant pleaded guilty, he may not avail himself of the provisions of the statute. Concur—Saxe, J.P., Friedman, DeGrasse, Freedman and Abdus-Salaam, JJ.